IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

ELECTRONICALLY FILED
Apr 11 2023
U.S. DISTRICT COURT
Northern District of WV

LISA TAYLOR and BRIAN TAYLOR,

        Plaintiffs,

CIVIL NO. **5:23-CV-140 (Bailey)**

vs.

**JURY TRIAL DEMANDED HEREIN**

BOBBY COUNTS and CRETE CARRIER CORPORATIONS,

        Defendants.

## NOTICE OF REMOVAL

AND NOW, come the Defendants, Bobby Counts and Crete Carrier, by and through the undersigned counsel, and remove the above-captioned lawsuit pursuant to 28 U.S.C. § 1441, *et seq*. from the Circuit Court of Ohio County, West Virginia (Civil Action No. 23-C-38), to the United States District Court for the Northern District of West Virginia, and in support thereof, aver as follows:

    1.    Plaintiffs, Lisa Taylor and Brian Taylor, initiated this lawsuit in the Circuit Court of Ohio County, West Virginia at Civil Action No. 23-C-38. (Copies of the docket and all pleadings and process filed in the State Court action are attached hereto as Exhibit "A").

    2.    The Complaint names as Defendants Bobby Counts and Crete Carrier Corporations.

    3.    The Complaint asserts claims sounding in negligence relative to an automobile accident that is alleged to have occurred on or about March 21, 2021 in Wheeling, Ohio County, West Virginia.

    4.    Plaintiff seeks an award of damages relative to injuries allegedly sustained in the accident, including damages for medical bills and expenses related to her injuries, including

damages for loss of income, reduction in earning capacity, loss of the ability to enjoy the ordinary functions of life, and other damages.

5. Per the Complaint, Plaintiffs are residents of the State of West Virginia.

6. Per the Complaint, Defendant Bobby Counts is a resident of the State of Missouri.

7. Per the Complaint, Crete Carrier Corporations. is a foreign corporation that is incorporated in Nebraska.

8. The above-captioned action, pending in the Circuit Court of Ohio County, West Virginia, is within the jurisdiction of the United States District Court for the Northern District of West Virginia.

9. The United States District Court for the Northern District of West Virginia has original jurisdiction over this action pursuant to 28 U.S.C.§ 1332 in as much as the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, and is between citizens of different states.

10. This action is removable to the United States District Court for the Northern District of West Virginia, pursuant to the provision of 28 U.S.C. § 1441, *et seq*.

11. Concurrent with the filing of this Notice of Removal, Defendants have filed a Notice of Filing of Notice of Removal with the Clerk of the Circuit Court of Ohio County, West Virginia advising that it has removed this action to the United States District Court for the Northern District of West Virginia.

12. In filing this Notice of Removal, Defendants do not waive any affirmative defenses that they may assert in this action.

WHEREFORE, Defendants, respectfully request that this Court remove this matter from the Circuit Court of Ohio County, West Virginia to the United States District for the Northern District of West Virginia.

**JURY TRIAL DEMANDED**

                                                Respectfully submitted,

                                                PION, NERONE, GIRMAN, WINSLOW
                                                  & SMITH, P.C.

                                                 /s/ Jordan C. Hettrich, Esquire
                                                TIMOTHY SMITH, ESQUIRE
                                                Attorney I.D. No. 6128
                                                JORDAN C. HETTRICH, ESQUIRE
                                                Attorney I.D. No. 12137
                                                *Attorney for Defendants,*
                                                *Bobby Counts and*
                                                *Crete Carrier Corporations*

## **CERTIFICATE OF SERVICE**

I, Jordan C. Hettrich, Esquire, hereby certify that a true and correct copy of the foregoing NOTICE OF REMOVAL was served upon counsel of record via the ECF Filing System this 11th day of April, 2023, as follows:

Ronald W. Zavolta
Paul J. Ratcliffe
Michael P. Zavolta
ZAVOLTA LAW OFFICE
1287 Fairmont Pike Road
Wheeling, WV 26003
*Counsel for Plaintiffs*

PION, NERONE, GIRMAN, WINSLOW
 & SMITH, P.C.

  /s/ Jordan C. Hettrich, Esquire
JORDAN C. HETTRICH, ESQUIRE
Attorney I.D. No. 12137
*Attorney for Defendants,*
*Bobby Counts and*
*Crete Carrier Corporations*