# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### WHEELING DIVISION

LISA TAYLOR and BRIAN TAYLOR,

     Plaintiffs,

CIVIL NO.  5:23-cv-00140-JPB

vs.

**JURY TRIAL DEMANDED HEREIN**

BOBBY COUNTS and CRETE CARRIER
CORPORATION,

     Defendants.

## AGREED ORDER OF DISMISSAL

The parties, hereby stipulate and agree to the dismissal of Plaintiffs' Complaint in this matter, with prejudice.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiffs' Complaint is hereby dismissed, with prejudice.

It is further hereby ORDERED, ADJUDGED and DECREED that this matter shall be stricken from the active docket of the Court.

IT IS SO ORDERED.

Entered This 11th Day Of April , 2024.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE

**READ AND APPROVED BY:**

PION, NERONE, GIRMAN & SMITH, P.C.

/s/ Jordan C. Hettrich
JORDAN C. HETTRICH, ESQUIRE
Attorney I.D. No. 12137
*Attorney for Defendants,*
*Bobby Counts and*
*Crete Carrier Corporation*

 /s/ Michael P. Zavolta (w/permission)
Ronald W. Zavolta, Esquire
Paul J. Ratcliffe, Esquire
Michael P. Zavolta, Esquire
ZAVOLTA LAW OFFICE
1287 Fairmont Pike Road
Wheeling, WV 26003
*Counsel for Plaintiffs*